4/4/2019 2:06 PM

19CV07445

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF COLUMBIA

| | |
|---|---|
| DOUGLAS ASKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLATSKANIE SCHOOL DISTRICT 6J,<br>an Oregon Public School District, CATHY<br>HUROWITZ,<br><br>　　　　Defendants. | Case No. 19CV07445<br><br>SUMMONS |

TO: **CLATSKANIE SCHOOL DISTRICT 6J**, 471 SW Bel Air Drive, Clatskanie, OR 97016.

　　　IN THE NAME OF THE STATE OF OREGON: You are hereby required to appear and defend the complaint filed against you in the above-entitled cause within 30 days from the date of service of this summons on you; and if you fail to appear and defend, the plaintiff will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT:**
**READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

Page 1 – SUMMONS

LAFKY & LAFKY
ATTORNEYS AT LAW
429 COURT ST. NE, SALEM, OR 97301
TELEPHONE (503) 585-2450 - FAX (503) 585-0205 - Email Info@lafky.com

Exhibit 1 - Page 1 of 4

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

*[signature]*

Christopher M. Edison, OSB#183318
cedision@lafky.com
429 Court Street NE
Salem, OR 97301
503-585-2450
Of Attorneys for Plaintiff

STATE OF OREGON        )
                       ) ss.
County of              )

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

_____
Christopher M. Edison, OSB#183318
cedision@lafky.com
429 Court Street NE
Salem, OR 97301
503-585-2450
Of Attorneys for Plaintiff

**TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:** You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

*[signature]*

Christopher M. Edison, OSB#183318
cedision@lafky.com
429 Court Street NE
Salem, OR 97301
503-585-2450
Of Attorneys for Plaintiff

Page 2 – SUMMONS

LAFKY & LAFKY
ATTORNEYS AT LAW
429 COURT ST. NE, SALEM, OR 97301
TELEPHONE (503) 585-2450 - FAX (503) 585-0205 - Email Info@lafky.com

Exhibit 1 - Page 2 of 4

4/4/2019 2:06 PM
19CV07445

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF COLUMBIA

| | |
|---|---|
| DOUGLAS ASKE,<br><br>Plaintiff,<br><br>v.<br><br>CLATSKANIE SCHOOL DISTRICT 6J, an Oregon Public School District, CATHY HUROWITZ,<br><br>Defendants. | Case No. 19CV07445<br><br>SUMMONS |

TO: CATHY HUROWITZ, *Superintendent*, CLATSKANIE SCHOOL DISTRICT 6J, 471 SW Bel Air Drive, Clatskanie, OR 97016.

. IN THE NAME OF THE STATE OF OREGON: You are hereby required to appear and defend the complaint filed against you in the above-entitled cause within 30 days from the date of service of this summons on you; and if you fail to appear and defend, the plaintiff will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT:**
**READ THESE PAPERS CAREFULLY!**
You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

Page 1 – **SUMMONS**

LAFKY & LAFKY
ATTORNEYS AT LAW
429 COURT ST. NE, SALEM, OR 97301
TELEPHONE (503) 585-2450 - FAX (503) 585-0205 - Email Info@lafky.com

Exhibit 1 - Page 3 of 4

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

                                    /s/ Christopher M. Edison, OSB#183318
Christopher M. Edison, OSB#183318
cedision@lafky.com
429 Court Street NE
Salem, OR 97301
503-585-2450
Of Attorneys for Plaintiff

STATE OF OREGON    )
                         ) ss.
County of            )

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

_____
Christopher M. Edison, OSB#183318
cedision@lafky.com
429 Court Street NE
Salem, OR 97301
503-585-2450
Of Attorneys for Plaintiff

**TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:** You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

/s/ Christopher M. Edison, OSB#183318
Christopher M. Edison, OSB#183318
cedision@lafky.com
429 Court Street NE
Salem, OR 97301
503-585-2450
Of Attorneys for Plaintiff

Page 2 – **SUMMONS**

LAFKY & LAFKY
ATTORNEYS AT LAW
429 COURT ST. NE, SALEM, OR 97301
TELEPHONE (503) 585-2450 - FAX (503) 585-0205 - Email Info@lafky.com

Exhibit 1 - Page 4 of 4