4/4/2019 2:06 PM
19CV07445

# AFFIDAVIT OF SERVICE

IN THE CIRCUIT COURT OF THE STATE OF OREGON
IN AND FOR THE COUNTY OF COLUMBIA

Case Number: 19CV07445

Plaintiff:
**DOUGLAS ASKE**

Service Documents:
Summons and Complaint

vs.

Defendant:
**CLATSKANIE SCHOOL DISTRICT 6L, an Oregon Public School District, CATHY HUROWITZ**

For:
Lafky & Lafky
429 Court Street N.E.
Salem, OR 97301

Received by MALSTROM'S PROCESS SERVING CO. on the 12th day of March, 2019 at 2:34 pm to be served on **CLATSKANIE SCHOOL DISTRICT 6J, 471 SW BEL AIR DRIVE, CLATSKANIE, OR 97016.**

I, Wayne Savage, Process Server, being duly sworn, depose and say that on the **13th day of March, 2019 at 3:27 pm, I:**

SERVED the within named CLATSKANIE SCHOOL DISTRICT 6J by personally serving a true copy of the Summons and Complaint upon ROXANE WILCOXEN, a person in charge of the office of the said entity at the time of service at 471 SW BEL AIR DRIVE, CLATSKANIE, OR 97016.

SUB SERVICE MAILING was completed on 3/15/2019 by mailing a true copy of the documents served to the defendant at the address of service along with a statement regarding date, time and manner of service.

Exhibit 3 - Page 1 of 4

## AFFIDAVIT OF SERVICE For 19CV07445

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.
I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the 15th day of March, 2019 in the County of MULTNOMAH by the affiant who is personally known to me.

NOTARY PUBLIC
of OREGON

OFFICIAL STAMP
MICHELLE DEFORD
NOTARY PUBLIC-OREGON
COMMISSION NO. 980194
MY COMMISSION EXPIRES NOVEMBER 07, 2022

Wayne Savage, Process Server
Date: 3-15-19

MALSTROM'S PROCESS SERVING CO.
155 CULVER LANE S
Salem, OR 97302
(503) 585-0234

Our Job Serial Number: ONE-2019001273
Ref: ASKE

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0h

Exhibit 3 - Page 2 of 4

4/4/2019 2:06 PM
19CV07445

## AFFIDAVIT OF SERVICE

IN THE CIRCUIT COURT OF THE STATE OF OREGON
IN AND FOR THE COUNTY OF COLUMBIA

Case Number: 19CV07445

Plaintiff:
**DOUGLAS ASKE**

Service Documents:
Summons and Complaint

vs.

Defendant:
**CLATSKANIE SCHOOL DISTRICT 6L, an Oregon Public School District, CATHY HUROWITZ**

For:
Lafky & Lafky
429 Court Street N.E.
Salem, OR 97301

Received by MALSTROM'S PROCESS SERVING CO. on the 12th day of March, 2019 at 2:32 pm to be served on **CATHY HUROWITZ, SUPERINTENDENT AT CLATSKANIE SCHOOL DISTRCT 6J, 471 SW BEL AIR DRIVE, CLATSKANIE, OR 97016**.

I, Wayne Savage, Process Server, being duly sworn, depose and say that on the **13th day of March, 2019 at 3:27 pm, I:**

**OFFICE SERVED BY SUBSTITUTION** the **Summons and Complaint** by leaving a true copy during normal working hours at the office the defendant maintains for the conduct of business with **ROXANE WILCOXEN** as **BOOKKEEPER** at the address: **471 SW BEL AIR DRIVE, CLATSKANIE, OR 97016** and who was a clerk on duty in the office at that time.

**CERTIFICATION OF MAILING:** I certify that on 3/15/2019 a true copy of the **Summons and Complaint** and this Return of Service were mailed by First Class Mail, postage paid, to **CATHY HUROWITZ, SUPERINTENDENT AT CLATSKANIE SCHOOL DISTRCT 6J** at **471 SW BEL AIR DRIVE, CLATSKANIE, OR 97016**, which is the only known address for the Defendant(s).

Exhibit 3 - Page 3 of 4

## AFFIDAVIT OF SERVICE For 19CV07445

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.
I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the 15th day of March, 2019 in the county of MULTNOMAH by the affiant who is personally known to me.

_____
NOTARY PUBLIC
of OREGON

_____
Wayne Savage, Process Server
Date: 3-15-19

MALSTROM'S PROCESS SERVING CO.
155 CULVER LANE S
Salem, OR 97302
(503) 585-0234

Our Job Serial Number: ONE-2019001272
Ref: ASKE


OFFICIAL STAMP
MICHELLE DEFORD
NOTARY PUBLIC-OREGON
COMMISSION NO. 980194
MY COMMISSION EXPIRES NOVEMBER 07, 2022

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0h

Exhibit 3 - Page 4 of 4