IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DOUGLAS ASKE,

          Plaintiff,

v.

CLATSKANIE SCHOOL DISTRICT 6J, an Oregon Public School District, CATHY HUROWITZ,

          Defendants.

No. 3:19-cv-00517-HZ

JUDGMENT

HERNÁNDEZ, District Judge:

    Based on the record, it is ORDERED AND ADJUDGED that this case is dismissed.

Dated: _____August 10, 2020_____.

                                              _____
                                              MARCO A. HERNÁNDEZ
                                              United States District Judge

1 – JUDGMENT