Kevin T. Lafky, OSB #852633
klafky@lafky.com
Christopher M. Edison, OSB#183318
cedison@lafky.com
LAFKY & LAFKY
429 Court Street NE
Salem, OR 97301
Tel: (503)585-2450
Fax: (503)585-0205
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| DOUGLAS ASKE,<br><br>    Plaintiff,<br><br>    v.<br><br>CLATSKANIE SCHOOL DISTRICT 6J, an Oregon Public School District, CATHY HUROWITZ,<br><br>    Defendants. | Case No. 3:19-cv-00517-HZ<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Douglas Aske, Plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on August 10, 2020.

DATED this 9th day of September, 2020.

s/ Christopher M. Edison
Kevin T. Lafky, OSB #852633
klafky@lafky.com
Christopher M. Edison, OSB#183318
cedison@lafky.com
LAFKY & LAFKY
429 Court Street NE
Salem, OR 97301
Tel: (503)585-2450
Fax: (503)585-0205
Attorneys for Plaintiff

**Page 1– NOTICE OF APPEAL**

Kevin T. Lafky, OSB #852633
klafky@lafky.com
Christopher M. Edison, OSB#183318
cedison@lafky.com
LAFKY & LAFKY
429 Court Street NE
Salem, OR 97301
Tel: (503)585-2450
Fax: (503)585-0205
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| DOUGLAS ASKE,<br><br>   Plaintiff,<br><br>   v.<br><br>CLATSKANIE SCHOOL DISTRICT 6J, an Oregon Public School District, CATHY HUROWITZ,<br><br>   Defendants. | Case No. 3:19-cv-00517-HZ<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that I have made service of the foregoing Notice of Appeal on the parties herein by CM/ECF filing on September 9, 2020.

DATED this 9th day of September, 2020.

s/ Christopher M. Edison
Kevin T. Lafky, OSB #852633
klafky@lafky.com
Christopher M. Edison, OSB#183318
cedison@lafky.com
LAFKY & LAFKY
429 Court Street NE
Salem, OR 97301
Tel: (503)585-2450
Fax: (503)585-0205
Attorneys for Plaintiff

**Page 1– CERTIFICATE OF SERVICE**