UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 28 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DOUGLAS ASKE,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>CLATSKANIE SCHOOL DISTRICT 6J, an Oregon Public School District and CATHY HUROWITZ,<br><br>        Defendants - Appellees. | No. 20-35796<br><br>D.C. No. 3:19-cv-00517-HZ<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered October 06, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $39.70.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7